UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-332-H

UNITED STATES OF AMERICA,

v. : O R D E R

JOSEPH J. MARAK

Upon motion of the United States, with consent of defendant, the Court finds the proposed amendment to the Indictment in this action is a matter of form, not altering an essential element of a charge against the defendant, and not such to cause surprise or prejudice to the defendant at trial, and it is hereby ORDERED the Indictment be changed to reflect the type of payment in Counts 2 and 19 as "American Express traveler's checks." The Clerk of Court shall make the change simply by striking "AAA" in Counts 2 and 19, and writing in "American Express."

So ORDERED this 22nd day of March, 2011.

MALCOLM J. HOWARD
United States District Judge

1