IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CR-332-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) **AMENDED JUDGMENT** |
| JOSEPH J. MARAK | ) |
| | ) |

Pursuant to the Order of Forfeiture entered by the Court on August 11, 2011, judgment is hereby entered against the defendant, JOSEPH J. MARAK, in the amount of $365,300.00. No interest shall accrue.

This 24th day of October 2013.

MALCOLM J. HOWARD
Senior US District Judge